IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

SPACESAVER CORPORATION,

          Plaintiff,

   v.

THE MARVEL GROUP, INC.,

          Defendant.

ORDER

08-cv-354-slc

---

SPACESAVER CORPORATION,

          Plaintiff,

   v.

THE MARVEL GROUP, INC.,

          Defendant.

ORDER

09-cv-95-slc

---

      On March 18, 2009, this court held an unrecorded telephonic status conference with counsel for both sides. After discussing our various options, the consensus was to do nothing at this time. The existing schedule in the '08 case remains in effect, while defendant anticipates responded to the still extant '09 case with a motion to dismiss. Once the dispositive motions all are sorted out, we can revisit the schedule as necessary in either or both of these cases.

      Finally, I note as a placeholder that because plaintiff voluntarily dismissed the first of its '09 cases (09-cv-58-slc), the preliminary injunction hearing has been canceled as unnecessary.

The parties had no other substantive matters to bring to the court's attention at this time.

Entered this 25th day of March, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge